January 24, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

KEN HOAGLAND, Appellant

NO. 14-11-01074-CV                 V.

BILL BUTCHER, KARI BUTCHER, BUTCHER & BUTCHER, AND OCTV PARTNERS, LLC, Appellees

_____

This cause, an appeal from the judgment in favor of appellees, Bill Butcher, Kari Butcher, Butcher & Butcher, and OCTV Partners, LLC, signed October 7, 2011, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

We order appellees, Bill Butcher, Kari Butcher, Butcher & Butcher, and OCTV Partners, LLC, to pay all costs incurred in this appeal. We further order this decision certified below for observance.